March 11, 2005

Mr. Roy L. Stacy
Stacy & Conder, LLP
901 Main Street, Suite 6220
Dallas, TX 75202
Mr. Charles George Orr
Haynes and Boone, LLP
901 Main Street, Suite 3100
Dallas, TX 75202-3789

RE: Case Number: 03-0957
 Court of Appeals Number: 05-02-00962-CV
 Trial Court Number: 58787

Style: ALLSTATE INSURANCE COMPANY
 v.
 RUTH HALLMAN

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Lisa Matz |
| |Ms. Sandra |
| |Featherston |